UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

Secretary of State FRANCISCO AGUILAR; et al.,

Defendants - Appellees,

NAACP TRI-STATE CONFERENCE IDAHO-NEVADA-UTAH; et al.,

Intervenor-Defendants - Appellees.

No. 26-5375

D.C. No. 3:25-cv-00728-ART-CLB
District of Nevada,
Reno

ORDER

The unopposed motion (Docket Entry No. 6) to stay appellate proceedings is granted. The briefing schedule is vacated.

Appellate proceedings other than mediation are stayed until resolution of *United States v. State of Oregon*, No. 26-1231, and *United States v. Weber*, No. 26-1232, or until further order of the court.

Appellant must file a status report on November 19, 2026, and every 90 days thereafter while resolution of *United States v. State of Oregon* and *United States v. Weber* remains pending.

Appellant must file a status report and motion for further relief within 7 days

after resolution of *United States v. State of Oregon* or *United States v. Weber*.

Failure to file a status report may terminate the stay of appellate proceedings.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT